IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMETIQUE, INC. | § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:12-CV 00048-JRG |
| | § | |
| SNOOTY ROOTS, | § § | |
| Defendant | § § | |

## AGREED MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Lumetique, Inc. respectfully submits this agreed motion to dismiss without prejudice, as the parties are in the process of working out an agreed resolution of all claims. Defendant Snooty Roots has agreed to this motion.

                              Respectfully submitted,

                              AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.

                              */s/ Steven J. Mitby*
                              Steven J. Mitby
                              Fed. I.D. No. 33591
                              Amir Alavi
                              Fed I.D. No. 00919
                              1221 McKinney Street, Suite 3460
                              Houston, Texas 77010
                              Telephone: 713-655-1101
                              Facsimile: 713-655-0062
                              MCKOOL SMITH

                              ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

This will certify that I conferred with Defendants' counsel on August 13, 2012 and he is not opposed to the Motion.

/s/ Steven J. Mitby
Steven J. Mitby

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2012, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service, Local Rule CV-5(a)(3)(A).

/s/ Steven J. Mitby

4819-2347-9568, v. 1