IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LUMETIQUE, INC. | § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 2:12-CV 00048-JRG |
| SNOOTY ROOTS, | § § | |
| Defendant | § § | |

## AGREED ORDER OF DISMISSAL

Plaintiff Lumetique, Inc. respectfully submits this Agreed Order of Dismissal.

This Court has considered the parties' Agreed Motion to Dismiss and finds that it should be GRANTED. Accordingly, This Court hereby ORDERS that this action is dismissed without prejudice.

**So ORDERED and SIGNED this 14th day of August, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE